## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE.:
**JOSE MANUEL NAVAS MARIN**

**XXX-XX-2233**

**DEBTOR**

**CASE NO.:19-00577 MAG**

**CHAPTER 13**

## MOTION FOR VOLUNTARY DISMISSAL
**TO THE HONORABLE COURT**:

  Here comes now the Debtor **José Manuel Navas Marin ("the Debtor")** through the undersigned attorney and very respectfully shows and prays as follows:

1. The Debtor filed this   Chapter 13 Petition on February 5, 2019.

2. This petition has not been converted to Chapter 7 or 11 according to USC section 1307.

3. Pursuant to the provisions of 11 USC section 1307 (B) Debtor requests that this Honorable Court **dismiss** this Chapter 13 case.

 **WHEREFORE**, the Debtor prays that these proceedings be discontinued and petition be **dismissed**, and that notice of this petition be given to all creditors as per attached master address list and here fore filed herein, which list of creditors and their addresses, petitioner hereby reaffirms to be and correct to best of debtor's knowledge, information, and belief.

 **I HEREBY CERTIFY**: that on this date I electronically filed the above document with the Clerk of the court using an CM/ECF System which sends notification of such filing to Chapter 13 Trustee and to any creditors if any CM/ECF user. I further certify that I have served this notice by depositing true and correct copy thereof in the United States Mail, to non-user creditors.

In Mayagüez, Puerto Rico, this 16th day of March, 2023.

/s/ **GLORIA M. JUSTINIANO IRIZARRY**
**USDC- PR - 207603**
**Ensanchez Martínez**
**Calle A. Ramírez Silva # 8**
**Mayagüez, PR 00680-4714**
**(787) 222-9272 & 805-2945**
**Email: justinianolaw@gmail.com**

Label Matrix for local noticing
0104-2
Case 19-00577-MAG13
District of Puerto Rico
Ponce
Thu Mar 16 13:24:44 AST 2023

COOP A/C RINCON
PO BOX 608
RINCON, PR 00677-0608

TRA RECEIVABLE  MANAGEMENT LLC
POB 41067
NORFOLK, VA 23541-1067

US Bankruptcy Court District of PR
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

BANCO SANTANDER PUERTO RICO
PO Box 362589
SAN JUAN, PR 00936-2589

Bank Of America
PO Box 15019
Mastercard
Wilminton, DE 19850-5019

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 424 B
PO BOX 9024140
SAN JUAN, PR 00902-4140

FIRST BANK
CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION (CODE 248)
PO BOX 9146 SAN JUAN PR, 00908-0146

JUNTA DE DIRECTORES DE COND LAS MESAS
385 CARR 489
APT G 01
MAYAGUEZ PR 00680

NAVIENT LOAN TRUST
US DEPART. OF EDUCATION LOAN SERVICING
PO BOX 9635
WILKES BARRE, PA, 18773-9635


BANCO POPULAR DE PUERTO RICO
COLON SANTANA & ASOCIADOS CSP
315 COLL & TOSTE
SAN JUAN, PR 00918-4026

(p)RODRIGUEZ FERNANDEZ LAW OFFICE  LLC
ATTN ISLAND PORTFOLIO AS SERVICER OF FAIRWAY ACQUI
P O BOX 361110
SAN JUAN PR 00936-1110

SANTANDER FINANCIAL SERVICES INC
221 PONCE DE LEON AVE
SUITE 1003
SAN JUAN, PR 00917

BANCO POPULAR DE PR, BANKRUPTCY DEPARTMENT
PO Box 362708, San Juan PR 00936-2708
(787) 723-0077

Banco Popular De Puerto Rico
PO Box 71375
San Juan, PR 00936-8475

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

Discover
PO Box 6103
Carol Stream St, IL 60197-6103

Homedepot
PO Box 182676
Columbus, OH 43218-2676

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

NAVIET LOAN TRUST
US DEPART. OF EDUCATION LOAN SERVICING
PO BOX 9635
WILKES BARRE, PA, 18773-9635


BANCO SANTANDER PR
PO BOX 362589
SAN JUAN, PR 00936-2589

Luna Commercial II, LLC by Planet Home Lend
321 Research Parkway
Meridien, CT 06450-8301

TREASURY DEPARTMENT OF THE COMMONWEALTH OF
DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

Banco Santander Of Puerto Rico
PO Box 362589
San Juan, PR 00936-2589

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0432

Discover Bank
Discover Products Inc
PO Box 3025
New Albany OH 43054-3025

ISLAND PORTFOLIO SERVICES LLC /  LUNA CHICA
PO BOX 361110
SAN JUAN, PR 00936
County: SAN JUAN-PR 00936-1110

LCDO. JEAN PAUL JULIA DIAZ
PO BOX 364908
San Juan, PR 00936-4908

PLANET HOME LENDING, LLC,
SERVICER FOR LUNA COMMERCIAL II, LLC
PO BOX 69197
BALTIMORE, MD 21264-9197

p)PORTFOLIO RECOVERY ASSOCIATES LLC
O BOX 41067
ORFOLK VA 23541-1067

SANTANDER FINANCIAL SERVICES, INC.
P.O. BOX 362589
SAN JUAN, PR 00936-2589

SLM BANK c/o
Navient Solutions, LLC.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

LEJANDRO OLIVERAS RIVERA
LEJANDRO OLIVERAS CHAPTER 13 TRUS
O BOX 9024062
AN JUAN, PR 00902-4062

GLORIA JUSTINIANO IRIZARRY
JUSTINIANO'S LAW OFFICE
ENSANCHE MARTINEZ
8 CALLE A RAMIREZ SILVA
MAYAGUEZ, PR 00680-4718

JOSE MANUEL NAVAS MARIN
550 CALLE NAVAMAR
MAYAGUEZ, PR 00680-8416

ONSITA LECAROZ ARRIBAS
FFICE OF THE US TRUSTEE (UST)
CHOA BUILDING
00 TANCA STREET  SUITE 301
AN JUAN, PR 00901

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

SLAND PORTFOLIO SERVICES LLC AS SERVICER OF
O BOX 361110
AN JUAN
AN JUAN, PR 00936

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

u)LUNA COMMERCIAL II, LLC

(d)COOP. A/C RINCON
PO BOX 608
RINCON, PR 00677-0608

(d)Coop. A/C Rincon
PO Box 608
Rincon, PR 00677-0608

nd of Label Matrix
lailable recipients    36
ypassed recipients      3
otal                   39